TRINETTE G. KENT (State Bar No. 222020)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
43 Danbury Road
Wilton, CT 06897
Telephone: (480) 247-9644
Facsimile: (203) 653-3424

SERGEI LEMBERG (admitted *pro hac vice*)
Lemberg Law, LLC
43 Danbury Road
Wilton, CT 06897
Telephone: (480) 247-9644
Facsimile: (203) 653-3424
E-mail: slemberg@lemberglaw.com

Attorneys for Plaintiff,
Jeremy Klein

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Jeremy Klein, *on behalf of himself and all others similarly situated* | |
|---|---|
| Plaintiff, | Case No.: 8:16-cv-01469-JLS-JCG |
| vs. | **PROTECTIVE ORDER** |
| Hyundai Capital America d/b/a Hyundai Motor Finance, | |
| Defendant. | |

# **PROTECTIVE ORDER**

Having considered the stipulation of the parties filed concurrently, and good cause appearing,

IT IS HEREBY ORDERED:

That the Stipulated Protective Order filed by the parties on June 20, 2017 is hereby approved in its entirety and the terms of the protective order are hereby adopted as the Order of this Court and shall govern in this case.

IT IS SO ORDERED.

Dated: June 30, 2017    _____
Hon. Jay C. Gandhi
United States Magistrate Judge