UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| Jeremy Klein<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Hyundai Capital America d/b/a Hyundai Motor Finance,<br><br>　　　　Defendant. | Case No.: 8:16-cv-01469-JLS-JCG<br><br>**[PROPOSED] ORDER** |

　　Based on the parties' Stipulation of Dismissal, (1) the individual claims of Plaintiff Jeremy Klein are dismissed WITH prejudice, and (2) the class claims of Plaintiff Jeremy Klein are dismissed WITHOUT prejudice.

　　Each party to bear its own attorney fees and costs.

Date: _____                      _____

　　　　　　　　　　　　　　　　　　Judge: Hon. Josephine L. Staton