UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 8:16-cv-01469-JLS-JCG　　　　　　　　　　　　　Date: September 29, 2017
Title: Jeremy Klein v. Hyundai Capital America

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

　Terry Guerrero　　　　　　　　　　　　　　　　　　N/A
　Deputy Clerk　　　　　　　　　　　　　　　　　Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:　　ATTORNEYS PRESENT FOR DEFENDANT:

　　Not Present　　　　　　　　　　　　　　　　Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER GRANTING STIPULATION OF DISMISSAL (Doc. 62)**

　　　Before the Court is the parties' Stipulation to dismiss Plaintiff's individual claims with prejudice and the class claims without prejudice. (Stip., Doc. 62.) After reviewing the parties' response to the Court's Order and the Settlement Agreement (Docs. 62, 63), the Court does not find that the parties' agreement is prejudicial to the putative class or collusive. *See Diaz v. Trust Territory of the Pacific Islands*, 876 F.2d 1401, 1408 (9th Cir. 1989). Accordingly, the Court GRANTS the Stipulation. The Court will issue the parties' proposed order.

　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer: tg