JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| Jeremy Klein<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Hyundai Capital America d/b/a Hyundai Motor Finance,<br><br>　　　　Defendant. | Case No.: 8:16-cv-01469-JLS-JCG<br><br>**ORDER** |

Based on the parties' Stipulation of Dismissal, (1) the individual claims of Plaintiff Jeremy Klein are dismissed WITH prejudice, and (2) the class claims of Plaintiff Jeremy Klein are dismissed WITHOUT prejudice.

Each party to bear its own attorney fees and costs.

Date: September 29, 2017　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　Hon. Josephine L. Staton